[No. 20541-0-III.   Division Three.   August 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALAN MORREIRA, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No 98-1-00079-9, Donald W. Schacht, J., entered September 10, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, J.; Brown, C.J., dissenting.

[No. 26016-6-II.   Division Two.   August 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN L. SWENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 99-1-00138-4, Kenneth L. Cowsert, J., entered June 5, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 27419-1-II.   Division Two.   August 23, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY MARTIN HALVERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-04235-5, Bruce W. Cohoe, J., entered May 3, 2001. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Houghton, J.

[No. 27475-2-II.   Division Two.   August 23, 2002.]

PACIFIC STAR INVESTMENTS, L.L.C., *Respondent*, v. HELEN ANN GRAUE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Clallam County, No. 99-2-00975-7, George L. Wood, J., entered May 11, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Bridgewater and Armstrong, JJ.